UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV12-05095 JAK (MRWx) | Date | July 16, 2012 |
|---|---|---|---|
| Title | Federal Home Loan Mortgage Corporation v. Marcela Gonzalez, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING CASE JS-6**

On March 2, 2011, Plaintiff Federal Home Loan Mortgage Corporation ("Plaintiff") filed a post-foreclosure, unlawful detainer action against Defendants Marcela and Victor Gonzalez ("Defendants"). On August 2, 2011, Defendants removed the action to this Court. *See* No. LA CV11-06352 JAK (MRWx). On November 28, 2011, the Court remanded the action for lack of subject matter jurisdiction. Dkt. 31.

On April 25, 2012, Defendants removed the above-titled action to this Court a second time. *See* No. LA CV12-03609 JAK (MRWx). On May 24, 2012, the Court again remanded the action for lack of subject matter jurisdiction. Dkt. 8.

On June 12, 2012, Defendants removed the unlawful detainer action for the third time. Defendants again failed to identify any tenable basis for federal jurisdiction in their most recent Notice of Removal. Accordingly, for the reasons set forth in the Court's prior Orders, Dkt. 31, No. LA CV11-06352 JAK (MRWx); Dkt. 8, No. LA CV12-03609 JAK (MRWx), this unlawful detainer action is remanded to the Superior Court of California, County of Los Angeles, Southeast District, Whittier Courthouse, Case No. 11C00867.

Pursuant to 28 U.S.C. § 1447(c) ("An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal"), the Court orders Defendants to compensate Plaintiff for its attorneys' fees and costs incurred in connection with Defendants' improper third removal.  Accordingly, on or before July 25, 2012, Plaintiff may file an application for such fees with this Court, to which Defendants may respond on or before August 6, 2012.  The Court will issue a written order with respect to any such application.

Plaintiff's Ex Parte Application for an order to shorten time to notice a motion to remand is moot. (Dkt. 9)

**IT IS SO ORDERED.**

:

Initials of Preparer   ak